UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBLE V.P.,<br><br>          Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 2:20-cv-02346-VBF-PD<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Joint Submission, the records on file, the Report and Recommendation of United States Magistrate Judge (the "Report"), and Plaintiff's Objections to the Report. The Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the Report and adopts it as its own findings and conclusions.

Dated: August 26, 2022            /s/ Valerie Baker Fairbank

                                                                                      _____<br>
                                                                                VALERIE BAKER FAIRBANK<br>
                                                                    Senior United States District Judge