**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBLE V.P., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 2:20-cv-02346-VBF-PD <br><br> JUDGMENT |

IT IS ADJUDGED that the decision of the Commissioner of Social Security is affirmed.

Dated: August 26, 2022        /s/ Valerie Baker Fairbank
                                                    _____
                                                    VALERIE BAKER FAIRBANK
                                                    Senior United States District Judge